IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01947-WJM-MEH

FRILLY JILLY LLC,

    Plaintiff,

v.

COCONUT GROVE INTIMATES INC., and
COCONUT GROVE PADS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2011.**

    The Joint Motion for Entry of Stipulated Protective Order [filed March 7, 2011; docket #33] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.